THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LUIS CORONA,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | CASE NO. 2:24-cv-01012-TL<br><br>**~~[PROPOSED]~~ ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE TRIAL**<br><br>NOTE FOR MOTION CALENDAR: NOVEMBER 23, 2026 |

THIS MATTER having come before the undersigned Judge upon the stipulation of the parties to change the trial date and having considered the Parties' Stipulation and Motion to Continue Trial,

IT IS HEREBY ORDERED that the discovery deadlines will be continued to April 12, 2027, and an amended case schedule will be issued to reflect the same.

Dated this 24th day of November, 2026.

HON. TANA LIN
United States District Court Judge

Presented on November 24, 2026 by:

**DKM LAW GROUP, LLP**

By: */s/ Joshua N. Kastan*
JOSHUA N. KASTAN, WSBA # 50899
EMMALINE L. YOUNG, WSBA #58257
Attorneys for Defendant,
American Family Connect Property and Casualty Insurance Company

**WALSH & WALSH, PLLC**

By: */s/ Christopher Walsh*
CHRISTOPHER WALSH, WSBA # 59454
Walsh & Walsh, PLLC
Attorney for Plaintiff,
Luis Corona